USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11-20-17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

---

MICHELLE CLINE and KELLY ENGSTROM, Individually and On Behalf Of All Others Similarly Situated,

    Plaintiffs,

vs.

TOUCHTUNES MUSIC CORPORATION,

    Defendant.

Index No.: 14 Civ. 4744 (LAK)

**NOTICE OF SETTLEMENT AND JOINT MOTION FOR APPROVAL OF NOTICE PROGRAM**

---

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of the Notice of Settlement and Joint Motion for Approval of Notice Program, the Declarations of Cameron A. Tepfer and Patrick Barry, and all pleadings and proceedings herein, the Parties, by the undersigned, will move this Court, before the Honorable Lewis A. Kaplan, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time to be determined by the Court, for an order approving the notice program proposed in the Parties' Settlement Agreement.

*Motion granted subject to the parties' submission, on or before December 9, 2017, of a mutually acceptable and consented to form of order.*

SO ORDERED

LEWIS A. KAPLAN, USDJ

11/20/17

- 1 -

ny-1300635