UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE CLINE, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>TOUCHTUNES MUSIC CORPORATION,<br><br>          Defendant. | Index No.: 14 Civ. 4744 (LAK)<br><br>**NOTICE OF MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND PLAINTFF'S INCENTIVE AWARD** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of her Motion for Attorneys' Fees, Expenses, and Plaintiff's Incentive Award, the Declaration of Jeffrey M. Norton, and all pleadings and proceedings herein, Plaintiff, by the undersigned, will move this Court, before the Honorable Lewis A. Kaplan, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on May 2, 2018 at 3:30 pm in Courtroom 21B, for an order approving the an award of attorneys' fees, expenses, and Plaintiff's incentive award.

DATED: New York, New York
March 9, 2018

                                              Respectfully submitted**,**

**NEWMAN FERRARA LLP**

   *s/ Jeffrey M. Norton*
Jeffrey M. Norton
1250 Broadway, 27th Floor
New York, New York 10001
Telephone: (212) 619-5400
Facsimile: (212) 619-3090
jnorton@nfllp.com