# EXHIBIT A



**FIRM DESCRIPTION**

Newman Ferrara LLP ("Newman Ferrara" or the "firm") specializes in complex, multi-party litigation with an emphasis on securities class actions, shareholder class and derivative actions, consumer protection, products liability, civil rights, and employment discrimination. In addition, the firm maintains a well-regarded real estate and commercial litigation practice that brings over five decades of experience and extensive staff support.

Newman Ferrara's Class Action & Complex Litigation Practice Group has handled some of the nation's most significant class actions and civil rights matters. A number of the firm's attorneys also maintain teaching positions at various law schools, are frequent lecturers at CLE programs, authors of leading practice treatises and textbook supplements, and are regularly called upon by the media to provide legal context and experienced insight.

Newman Ferrara's attorneys have served in a leadership capacity in numerous securities and shareholder class actions where plaintiffs or class members won substantial benefits, including *In re Royal Dutch/Shell Transport ERISA Litig.*, (D.N.J.) ($90 million settlement); *In re Veritas Software Corp. Securities Litigation*, Civ. No. 04-831-SLR (D. Del.) ($21.5 million settlement); *In re AIG ERISA Litig.*, 04-CV-9387 (S.D.N.Y.) ($24.5 million settlement); *In re Conagra Foods, Inc. ERISA Litig.*, 8:05-CV-00348 (D. Neb.) (settlement valued over $14 million); *Salvato v. Zale Corp. et al.*, 3:06-CV-1124-D (N.D. Tx.) (settlement valued over $7 million); and *Graden v. Conexant Systems, Inc.*, 2:05-CV-00695 (D.N.J.) (settlement valued at over $12 million); *In re Popular Inc. ERISA Litigation*, 3:09-CV-01552 (D.P.R.) ($8.2 million settlement); *In re Zynga Inc. Securities Litigation*, 12-cv-04007-JSW (N.D. Cal. 2013) ($23 million settlement).

## THE FIRM'S ATTORNEYS

*Class Action & Complex Litigation Practice Group*

**Jeffrey M. Norton**, a partner of the firm, serves as Chair of the firm's Class Action & Complex Litigation Practice Group.  Mr. Norton concentrates his practices in the areas of shareholder rights, securities and ERISA litigation, consumer fraud, products liability and civil rights.  Selected for inclusion in *Super Lawyers* each year from 2012 – 2018, he has argued matters before numerous state and federal courts and has played a key role in numerous actions where substantial benefits were conferred upon plaintiffs and class members, including *In re Royal Dutch/Shell Transport ERISA Litigation* 2:04-CV-01398 (D.N.J.) ($90 million settlement); *In re AIG ERISA Litig.*, 04-CV-9387 (S.D.N.Y.) ($24.5 million settlement); *In re Conagra Foods, Inc. ERISA Litig.*, 8:05-CV-00348 (D. Neb.) (settlement valued over $14 million); *Salvato v. Zale Corp. et al.*, 3:06-CV-1124-D (N.D. Tx.) (settlement valued over $7 million); *Graden v. Conexant Systems, Inc.*, 2:05-CV-00695 (D.N.J.) (settlement valued at over $12 million); *In re Veritas Software Corp. Securities Litigation*, Civ. No. 04-831-SLR (D. Del.) ($21.5 million settlement); and *In re Zynga Inc. Securities Litigation*, 12-cv-04007-JSW (N.D. Cal. 2013) ($23 million settlement).

In the *Conexant* case, Mr. Norton argued and won an appeal before the U.S. Court of Appeals for the Third Circuit setting precedent that established statutory standing under ERISA for millions of otherwise disqualified former employees. *See Garden v. Conexant Systems, Inc.*, 496 F.3d 496 (3d Cir. 2007), *cert. denied* 128 S.Ct. 1473 (2008).  Mr. Norton subsequently argued and won a similar result before the Eleventh Circuit in *Lanfear v. Home Depot, Inc.*, 536 F.3d 1217 (11th Cir. 2008).  Mr. Norton was involved in the *In re: New York ReNu with Moistureloc Product Liability Litigation*, 766,000/2007 (NY Sup. Ct.), and was appointed to the Plaintiffs' Steering

Committee in *In re: Zicam Cold Remedy Marketing, Sales Practices and Products Liability Litigation*, 2:09-MD-02096 (FJM), successfully settling the matter in plaintiffs' favor. Mr. Norton has been appointed to serve as lead counsel in a number of state and national class actions, including *In re Zynga Inc. Securities Litigation*, 12-cv-04007-JSW (N.D. Cal. 2012). Mr. Norton has litigated and successfully resolved numerous shareholder derivative actions involving corporate governance issues, excessive compensation practices, corporate waste, and breaches of fiduciary duties.

The high quality of Mr. Norton's work has been noted by Judges. For example, in shareholder derivative case involving Hewlett-Packard Company, U.S. District Judge Vaughn R. Walker (ret.), sitting as the arbitrator on a fee application, noted that "the filings, oral argument and general demeanor of [Mr. Norton and his co-counsel] reflect that they are highly experienced, knowledgeable, hardworking, efficient and reputable counsel of high standing and ability." Judge Walker noted additionally that [Mr. Norton and his co-counsel]'s contributions to the case "demonstrate the high caliber of their work and the quality of time and effort they expended on achieving the corporate governance revisions… Their efforts to litigate in an efficient, constructive manner and to cooperate with other counsel resulted in decreased litigation expenses that substantially benefitted HP and its shareholders." *See Riccardi v. Lynch*, Case No. 12-6003-CRB (N.D. Cal.), Docket No. 252 (October 23, 2014).

In addition to representing both plaintiffs and defendants in a wide range of commercial and civil litigation matters, Mr. Norton drafted the supplement to Paul D. Rheingold, Mass Tort Litigation (1996) and played a critical role in the seminal voting rights case of *Goosby v. Town Board of the Town of Hempstead*, 981 F. Supp. 751 (E.D.N.Y. 1997), *aff'd*, 180 F.3d 476 (2d. Cir. 1999), *cert. denied*, 528 U.S. 1138 (2000).  Mr. Norton's efforts have been the subject of various

television and newspaper pieces and he has been a panelist for CLE seminars, including ALI-ABA's Lender Misconduct in Consumer Foreclosures and Bankruptcy; and Pace Law School's Local Government Actions Under Section 1983.

Mr. Norton is an adjunct professor at Pace Law School where he teaches mass torts and class action litigation. Mr. Norton graduated with honors from Arizona State University in 1992 and cum laude from Pace Law School in 1997 where he received a Dean's Grant as well as a Public Interest Law Scholarship for his work with the Center for Constitutional Rights in New York City and Pace University's Social Justice Center. Mr. Norton repeatedly has been named among the *Super Lawyers* in the area of class action litigation and is admitted in the State Courts of New York and Connecticut as well as the United States District Courts for the Southern and Eastern Districts of New York, the Eastern District of Michigan, the Northern District of Ohio, the United States Courts of Appeals for the Second, Third, Fourth, and Eleventh Circuits, and the United States Supreme Court.

**Roger A. Sachar**, an associate of the firm, works primarily in the firm's Class Action and Complex Litigation Group. He represents the interests of investors, consumers, and small businesses in the areas of shareholder rights, antitrust law, consumer fraud and real estate. Mr. Sachar obtained his Juris Doctor degree from Washington University in St. Louis. While in law school, he was an editor for the Washington University Journal of Law and Public Policy, and President of the Federalist Society. He earned his undergraduate degree in history from Arizona State University.

**Ryan M. Jerome**, an associate of the firm, works primarily in the firm's Class Action and Complex Litigation Group. He represents the interests of investors, consumers, and small businesses in the areas of shareholder rights, consumer fraud, and real estate. Mr. Jerome earned

his B.A., *cum laude*, in Economics from The George Washington University in 2014, and received his J.D. in 2017 from Fordham University School of Law. While at Fordham, Mr. Jerome was a competitor for the Moot Court Board where he was awarded First Place Best Advocate at the Pepperdine School of Law National Moot Court Competition and was a finalist in the William Hughes Mulligan Moot Court Competition. Mr. Jerome also did an intern clerkship with New York Supreme Court Justice Gerald Lebovits. Mr. Jerome was also an Associate Editor for the *Fordham Journal of Corporate & Financial Law* and a member of the Brendan Moore Trial Advocacy Center.

**Prof. Randolph M. McLaughlin**, of counsel to the firm, is co-chair of the firm's Civil Rights Practice Group and member of the firm's Class Action and Complex Litigation Group. Professor McLaughlin handles cases involving employment discrimination, housing discrimination, voting rights, marriage equality, police misconduct, and land use. In 1978, Mr. McLaughlin began his legal career at the Center for Constitutional Rights, a civil rights/civil liberties legal organization in New York City.  For eight years, Professor McLaughlin worked side by side with the renowned civil rights attorney William Kunstler where he was responsible for the management and coordination of important civil rights/civil liberties cases at the trial and appellate levels.  While there, Professor McLaughlin pioneered the development of a legal strategy to redress incidents of racially-motivated violence, and in 1982, he won an award of $535,000 for five black women who had been attacked by members of the Chattanooga Ku Klux Klan.

On February 20, 1997, Professor McLaughlin won a landmark victory in a voting rights case against the Town of Hempstead, N.Y., entitled *Goosby v. Town Board of the Town of Hempstead*, 981 F. Supp. 751 (E.D.N.Y. 1997), *aff'd*, 180 F.3d 476 (2d Cir. 1999), *cert. denied*,

528 U.S. 1138 (2000). A federal judge ruled that the town-wide method of electing the Town Council was discriminatory and ordered that the system be dismantled.

Professor McLaughlin is currently on the faculty at Pace Law School where he teaches courses focusing on civil rights law, litigation, labor law, voting rights, and civil procedure. Prior to joining Pace's law faculty in 1988, Professor McLaughlin was an attorney associated with Meyer, Suozzi, English & Klein, where he specialized in civil litigation and labor law. Mr. McLaughlin is a graduate of Columbia College and Harvard Law School.

**Debra S. Cohen**, of counsel to the firm, is co-chair of the firm's Civil Rights Practice Group and member of the firm's Class Action and Complex Litigation Group. Ms. Cohen has represented a wide variety of clients in complex commercial matters, class actions, as well as civil-rights. In addition, Ms. Cohen has assisted both individual and corporate clients in a variety of disputes in state and federal courts. Ms. Cohen is a graduate of Vassar College and Pace University Law School, where she graduated *cum laude* and has been an Adjunct Professor of Civil Rights Law since 2005.

**Danielle B. Sullivan,** an associate of the firm, works primarily with the Class Action/Complex Litigation and Civil Rights practice groups. Ms. Sullivan graduated cum laude from Fairfield University in 2011 and received her J.D. *cum laude* from Pace University Law School in 2015 where she was also a Productions Editor of Pace International Law Review and President of the Public Interest Law Students Organization. Ms. Sullivan also served as a student attorney through John Jay Legal Services where she appeared as counsel for criminal defendants in cases referred by the Bronx Legal Aid Society.

**Frank H. Foster**, an associate of the firm, works primarily with the Class Action/Complex Litigation and Civil Rights practice groups. Mr. Foster graduated from State University at Albany

in 2012, and received his J.D. cum laude from Pace Law School in 2016, where he was also an Articles Group Editor of Pace Law Review.

### *Commercial Litigation & Real Estate Practice Groups*

**Jonathan H. Newman**, senior partner of the firm, has an extensive array of trial, commercial litigation, and transactional experience. Selected for inclusion in *Super Lawyers* in 2011, 2016, and 2017, Mr. Newman has been involved in numerous transactions involving multi-million dollar properties and has represented publicly-traded real estate investment trusts, major building owners and managing agents, noted restaurateurs, and prominent sports and entertainment celebrities in a variety of matters. In addition to regularly appearing before local, state, and federal courts and administrative agencies, Mr. Newman advises clients who are forming new businesses, and provides continuing legal guidance thereafter. Mr. Newman has authored a series of published articles on legal issues, contributes articles to the Real Estate Section of the *New York Times*, and has chaired a number of events and programs sponsored by Lorman Education Services and the New York County Lawyers' Association.

Mr. Newman graduated from Tulane University and John Marshall Law School – Chicago. Mr. Newman is a member of the Bar of the State of New York, and is also admitted to the United States District Courts for the Southern and Eastern Districts of New York.

**Lucas A. Ferrara**, senior partner of the firm, has been representing corporate clients in a variety of disputes and advocating clients' interests in federal, state, and local forums for over two decades. Selected for inclusion in *Super Lawyers* each year from 2007 – 2017, Mr. Ferrara has authored numerous essays and articles which have appeared in a variety of publications including *New York Newsday,* the *New York Law Journal*, and the *New York State Bar Journal*. Mr. Ferrara contributes to the Real Estate Section of the *New York Times*, is the named co-author of the West

treatise *Landlord and Tenant Practice in New York* and has contributed a chapter to West's *New York State Administrative Procedure and Practice.*

In 2002, Mr. Ferrara was appointed an Adjunct Professor of Law at New York Law School where he teaches Landlord and Tenant Law. Mr. Ferrara also serves as Adjunct Associate Professor of Real Estate at New York University's School of Continuing and Professional Studies, where he was the recipient of the University's prestigious "Teachers' Excellence Award." Mr. Ferrara graduated from Columbia University in 1981 and Brooklyn Law School in 1984. Mr. Ferrara has practiced landlord-tenant law in federal, state, and local forums for over two decades and principally represents the firm's corporate clients in a variety of real-estate disputes.

**Jarred I. Kassenoff**, a partner of the firm, has concentrated his practice in the areas of complex commercial disputes for the last decade. Mr. Kassenoff has represented numerous Fortune 500 Corporations and management companies in a variety of commercial litigation matters.

Prior to joining the firm as a partner, Mr. Kassenoff was a member of the Commercial Litigation Practice Group at Cozen O'Connor. Mr. Kassenoff graduated from Pennsylvania State University and the Benjamin N. Cardozo School of Law, where he was the editor of the *Journal of International and Comparative Law*. Mr. Kassenoff has published articles in the *New York State Bar Association Journal* and the *New York Law Journal*.

**Ricardo M. Vera**, a partner of the firm, focuses his practice on commercial and real estate litigation, representing management companies, contractors, cooperative and condominium boards and hotels and has successfully briefed and argued complex appeals before various appellate tribunals. Mr. Vera earned his undergraduate degree from Hofstra University and his J.D. from

New York Law School, where he was a member of the *Journal of International and Comparative Law*.

**Robert C. Epstein**, of counsel to the firm, has over twenty years of experience specializing in the firm's commercial-transaction practice. Mr. Epstein has represented numerous clients, including Unum Life Insurance Company, Citibank Private Bank, the New York State Bar Foundation, Hitachi, Peet's Coffee, the Girl Scout Council of Greater New York, the ASA Institute, Polestar Capital, the Hebrew Immigrant Aid Society (HIAS), the Malawi and Ba'hai missions to the United Nations, the Panama Maritime Commission, Midnight Oil (owner of the Whiskey Bar chain), as well as numerous hedge funds and private equity firms.

Mr. Epstein graduated from Cornell University in 1980 with a B.S. in Industrial and Labor Relations, and he graduated from Stanford University Law School in 1983. Mr. Epstein is a member of both the New York and California Bars.

**Jon B. Felice,** of counsel to the firm, represents numerous corporations, management companies and brokerage firms. Mr. Felice has represented many of the nation's top companies, including Freddie Mac, Fannie Mae, Citibank, Wells Fargo, JP Morgan Chase, Lehman Brothers, North Fork Bank, and Washington Mutual.

Mr. Felice has served as the Designated Counsel in New York for the Federal Home Loan Mortgage Corporation ("Freddie Mac") and also served a two-year term on Freddie Mac's Vendor Advisory Board. He has also attended many "best practice" seminars, at Freddie Mac's request, as its New York representative counsel. In 1998, Mr. Felice was selected to represent the Federal National Mortgage Association ("Fannie Mae") at the Madison Square Garden Home Loan Convention.

Mr. Felice graduated from Cornell University, College of Arts and Sciences, with a Bachelor of Arts in Government.  In 1986, Mr. Felice worked as a legislative intern in the United States Senate.  He drafted hearing material for New York's Senator Alfonse D'Amato, and conducted research in the Library of Congress on various New York legal issues.  Thereafter, Mr. Felice attended New York Law School in Manhattan, where he served as senior staff member on the school's Law Journal.

**Kristin L. Jordan**, of counsel to the firm, concentrates her practice on real estate matters, representing owners, landlords, tenants, lenders, investors, and developers in a broad range of residential and commercial transactions and litigation matters. Ms. Jordan also spearheads the firm's Cannabis practice group, focusing on regulatory and licensing matters. Ms. Jordan served as a Real Estate Director for several corporate and retail real estate departments where she sourced deals, prepared financial modeling, executed transaction requirements and managed office, retail and call center portfolios for Morgan Stanley, Kaplan, Inc., Town Sports International, and SoulCycle.

Ms. Jordan received her undergraduate degree at the State University of New York at Albany and her law degree from the University of Richmond, T.C. Williams School of Law. She was a Professor Willie L. Moore Summer Fellow during her studies at Cambridge University at Emmanuel College in the UK.

**Noe Solorzano,** an associate with the firm, works primarily with the real estate and commercial litigation practice group.  He earned his J.D. from Benjamin N. Cardozo School of Law in 2008.  In addition to representing cooperative and condominium boards and assisting them with all aspects of their operation, Mr. Solorzano has litigated contract disputes relating to some of New York City's largest public works projects and has successfully argued several appeals. Mr.

Solorzano is a member of the New York Bar and admitted in the Southern and Eastern Districts of New York. He is fluent in Spanish.

**Matthew J. Correia,** an associate with the firm, handles primarily residential and commercial real estate and litigation matters. Mr. Correia represents clients during the purchase and sale of residential real estate including condominiums, cooperative apartments, and single and multi-family homes. He performs contract negotiation and drafting and conducts due diligence on behalf of purchasing clients. Mr. Correia also has experience in foreclosures and landlord tenant law performing court ordered mediation along with making court appearances.

In addition to his work on the client side of real estate law, he serves as counsel to various private lenders and banking institutions on residential and commercial loans. He is involved in the preparation, explanation, and execution of debt, security, and disclosure documents, as well as, loan balance sheets and expense reports. Mr. Correia earned his J.D. at the University of Kentucky, College of Law where he was awarded the J. Richard Oexmann Criminal Law Award and he earned his B.A. in Philosophy and B.S. in Economics at Syracuse University. He is admitted to practice in New York, New Jersey, the District of Columbia, and the U.S. District Court of New Jersey. His publications include, The Treatment of Oil Spills Under Four Major Federal Environmental Statutes, Michigan Law Journal, Vol. 30 No. 4, Issue 88 (Summer 2012).

**Jeffrey Baron**, an associate of the firm, handles primarily residential and commercial real estate and litigation matters, representing purchasers, sellers, lenders, and co-op and condo boards in a wide array of real estate transactions. In New York and New Jersey he represents banks and financial institutions in REO closings. Prior to joining Newman Ferrara LLP, Mr. Baron practiced real estate and immigration law, defending removal hearings and supporting asylum applications. Mr. Baron graduated from Franklin & Marshall College in with a Bachelor in Philosophy in 2006

and earned his J.D. from Brooklyn Law School in 2009. Mr. Baron is admitted in New York and New Jersey.

**Shirley S. Yang**, an associate of the firm, primarily works with the firm's Real Estate and Commercial Litigation practice groups. Ms. Yang earned her B.A. in History and Classics from Emory University in 2011, and received her J.D. in 2014 from New York Law School, where she was a member of the Trial Advocacy Competition Team. Upon graduation, she was awarded a Public Service Certificate by NYLS for her pro bono work. Admitted to practice in New York and New Jersey, Ms. Yang is fluent in Mandarin Chinese.

**Jae Eun Choi (Jin)**, of counsel to the firm, provides services for domestic and international clients in the areas of immigration, trusts and estates, and business transactions. Ms. Choi's practice includes aiding high-net-worth foreign clients with complex immigration petitions, overseas assets, domestic commercial and real estate transactions, and various estate matters. Ms. Choi obtained her undergraduate degree from Ewha Womans' University in South Korea, and obtained her law degree from Columbia University School of Law. In addition to her law degrees, Ms. Choi has a master's degree in theology from Yale University. Ms. Choi has actively served Korean and American communities by establishing non-profit organizations and, for more than 20 years, has served as a leader for the Korean American community in New York including Korean American Association of Greater New York. Ms. Choi is fluent in Korean.