USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 22 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

MICHELLE CLINE, et al.,

    Plaintiffs,

v.

TOUCHTUNES MUSIC CORPORATION,

    Defendant.

Index No.: 14 Civ. 4744 (LAK)

**NOTICE OF MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND PLAINTFF'S INCENTIVE AWARD**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of her Motion for Attorneys' Fees, Expenses, and Plaintiff's Incentive Award, the Declaration of Jeffrey M. Norton, and all pleadings and proceedings herein, Plaintiff, by the undersigned, will move this Court, before the Honorable Lewis A. Kaplan, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on May 2, 2018 at 3:30 pm in Courtroom 21B, for an order approving the an award of attorneys' fees, expenses, and Plaintiff's incentive award.

*Granted to the extent stated on the record in open court on May 2, 2018 and otherwise denied. See Tr. pp. 11, 19.*

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

5/22/18